UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

David A. Rourke,
    Plaintiff

v.	C.A. No. 09-10S

State of Rhode Island,
    Defendant

### ORDER

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on April 7, 2009 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed to the Report and Recommendation, this Court GRANTS Plaintiff leave to file an Amended Complaint.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/24/09