UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


DAVID ROURKE,
          Plaintiff


v.                                    C.A.  09-10 S


STATE OF RI,
          Defendants


## ORDER

The Report and Recommendations of United States Magistrate Judge Lincoln D. Almond filed on October 29th, 2009 (document #75) in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation (document #78) is DENIED, Plaintiff's Motion for Default (document #47) is DENIED, and Defendants' Motion to Dismiss (document #40) is GRANTED.

                    By Order,


                    _____
                    Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge

Date: 11/19/09